IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HADJI LLC C/O LARRY HAMILTON JR., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-25-0097 |
| UNIQUE TRANSPORTATION LLC, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff "Hadji LLC c/o Larry Hamilton Jr." filed suit against Unique Transportation LLC. (ECF No. 1.) The Court previously directed Plaintiff to show cause by March 21, 2025 why the case should not be dismissed, given that Plaintiff failed to state a claim and given that it appeared that the Court was without jurisdiction. (ECF No. 4.)

Plaintiff has failed to show cause, and the Court continues to find that Plaintiff failed to state a claim and the Court does not have jurisdiction over the claims. Further, it appears that mail that the Clerk's office has attempted to send to Plaintiff has been returned undeliverable. (ECF No. 5 (returned mail including the address provided by Plaintiff indicating "RETURN TO SENDER; NOT DELIVERABLE AS ADDRESSED; UNABLE TO FORWARD").) The Court's Local Rules provide that pro se plaintiffs "must file with the Clerk . . . a statement of their current address where case-related papers may be served" and that "[t]his obligation is continuing, and if any self-represented litigant fails to comply, the Court may enter an order dismissing any affirmative claims for relief filed by that party[.]" Local Rule 102(b)(iii). Plaintiff has failed to comply with this requirement, given the evidence of undeliverable mail on the docket.

Accordingly, it is ORDERED that:

1. Plaintiff's Complaint is DISMISSED; and

2. The Clerk SHALL CLOSE this case.

DATED this 24 day of March, 2025.

BY THE COURT:

James K. Bredar
United States District Judge